JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/4/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EP FAMILY CORP., a California Corporation, | ) Case No.: 2:19-cv-01593-JAK-GJS |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| YUANMIN CHEN, an individual, GLOBAL SKYLINE, INC., a California Corporation, and DOES 1 TO 10, inclusive, | ) |
| Defendants. | ) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

Plaintiff EP Family Corp. ("Plaintiff") brought the present action against Defendant Yuanmin Chen and Defendant Global Skyline, Inc. (collectively, "Defendants") on March 5, 2019 alleging infringement of U.S. Patent Nos. 9,648,953 ("the '953 Patent") and 10,051,979 ("the '979 Patent").

The motion for entry of a default judgment against Defendants having been granted and Plaintiff's requests for relief having been granted-in-part and denied-in-part, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1) Defendants have infringed the '953 Patent and the '979 Patent by making, using, offering to sell, selling, and/or importing into the United States the "NEX Stackable Can Rack Organizer, 3-Tier Can Rack Holds Up To 36 Cans" product and the "NEX Under Shelf Basket, 2-Pack Under Cabinet Hanging Storage Wire Basket Organizer (14.17" x 10.50" x 5.90") for Kitchen Pantry Cupboard, White (LT-DB066B)" product.

2) Judgment is entered in favor of Plaintiff EP Family Corp. and against Defendant Yuanmin Chen and Defendant Global Skyline Inc., and Plaintiff is awarded monetary damages against Defendants, jointly and severally, in the amount of $9,132.76.

Dated:  May 4, 2020    _____

John A. Kronstadt
United States District Judge